United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-11684-jkf
Stephen P Schmidt                                                               Chapter 7
Jessica P Schmidt
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW          Page 1 of 1          Date Rcvd: Jul 17, 2019
                            Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
db/jdb         +Stephen P Schmidt,    Jessica P Schmidt,    2912 Hamilton Court,    Bensalem, PA 19020-1824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
     BRAD J. SADEK    on behalf of Debtor Stephen P Schmidt brad@sadeklaw.com,  bradsadek@gmail.com
     BRAD J. SADEK    on behalf of Joint Debtor Jessica P Schmidt brad@sadeklaw.com,    bradsadek@gmail.com
     KEVIN G. MCDONALD    on behalf of Creditor    Pennymac Loan Services LLC bkgroup@kmllawgroup.com
     ROBERT H. HOLBER    trustee@holber.com,  rholber@ecf.axosfs.com
     ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,    rholber@ecf.axosfs.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Stephen P Schmidt and Jessica P Schmidt  : Case No. 19–11684–jkf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , July 17,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Jean K. FitzSimon
    Judge , United States Bankruptcy Court

26
Form 195